### COMMONWEALTH *vs.* HENRY LEONARD

An indictment or complaint, which charges the defendant with unlawfully selling " intoxi-
cating liquors, and mixed liquors part of which was intoxicating," is supported by
proof of a sale of intoxicating liquors.

COMPLAINT on *St.* 1855, *c.* 215, § 15, averring, in due form,
that the defendant unlawfully sold " intoxicating liquors, and
mixed liquors part of which was intoxicating."

At the trial in the court of common pleas in Bristol, the Com-
monwealth proved one sale of gin.   The defendant contended
that there was a variance between the indictment and the proof,
because the government had proved a sale of intoxicating liquors
only, and not of mixed liquors also.   But *Sanger,* J. instructed
the jury that proof of a sale of gin by the defendant would sup-
port the complaint.   The jury returned a verdict of guilty, and
the defendant alleged exceptions.

*J. Brown,* for the defendant.

*S. H. Phillips,* (Attorney General,) for the Commonwealth.

METCALF, J.   This case falls under the established rule of
evidence in criminal cases, that it is not necessary to prove the
offence, charged in a complaint or indictment, to the whole
extent laid ; but that it is sufficient for the prosecutor to prove
so much of the charge as constitutes a substantive offence
therein specified.   2 Russell on Crimes, (7th Amer. ed.) 789, 790.

This rule has repeatedly been recognized in this commonwealth. *Commonwealth* v. *Livermore*, 4 Gray, 19. *Commonwealth* v. *Burns*, 9 Gray, 287. *Commonwealth* v. *Armstrong*, 7 Gray, 50.

*Exceptions overruled.*